UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,

    Plaintiffs/Counterclaim-Defendants,

v.

AGVENTURE, INC., DOEBLER'S PENNSYLVANIA HYBRIDS, INC., HOEGEMEYER HYBRIDS, INC., NUTECH SEED, LLC, SEED CONSULTANTS, INC., and TERRAL SEED, INC.,

    Defendants/Counterclaim-Plaintiffs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 4:11-cv-02168-CAS

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Plaintiffs/Counterclaim-Defendants Monsanto Co. and Monsanto Technology LLC ("Plaintiffs/Counterclaim-Defendants") and Defendants AgVenture, Inc., Doebler's Pennsylvania Hybrids, Inc., Hoegemeyer Hybrids, Inc., NuTech Seed, LLC, Seed Consultants, Inc., and Terral Seed, Inc. ("Defendants/Counterclaim-Plaintiffs") hereby stipulate by and through their respective attorneys that all claims and counterclaims asserted in the above-captioned matter are dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and that all rights to appeal are waived.  The parties shall bear their own costs and attorneys' fees.

Dated:  March 26, 2013	Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**


By: /s/ Robert M. Cooper

Robert M. Cooper (*pro hac vice*)
Tanya S. Chutkan (*pro hac vice*)
Ian Crichton (*pro hac vice*)
Abby L. Dennis (*pro hac vice*)

5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
rcooper@bsfllp.com
tchutkan@bsfllp.com
icrichton@bsfllp.com
adennis@bsfllp.com

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

*Counsel for Defendants AgVenture, Inc., Doebler's Pennsylvania Hybrids, Inc., NuTech Seed, LLC, Seed Consultants, Inc., and Terral Seed, Inc.*



**HUSCH BLACKWELL LLP**


By: /s/ Joseph P. Conran

Joseph P. Conran, # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, # 41850MO
omri.praiss@huschblackwell.com
Erik L. Hansell, # 51288MO

2

erik.hansell@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

**DOWD BENNETT LLP**

Edward L. Dowd, Jr., # 28785MO
edowd@dowdbennett.com
James F. Bennett, # 46826MO
jbennett@dowdbennett.com
7733 Forsyth Blvd., Suite 1410
St. Louis, MO 63105
 (314) 889-7300 – telephone
(314) 863-2111 – facsimile

**WINSTON & STRAWN LLP**

John J. Rosenthal
jrosenthal@winston.com
Matthew Campbell
macampbell@winston.com
1700 K Street, N.W.
Washington, DC 20006
 (202) 282-5000 – telephone
 (202) 282-5100 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 26th day of March, 2013, the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division, and served by electronic mail upon the following counsel of record:

Robert T. Haar
roberthaar@haar-woods.com
Lisa A. Pake
lpake@haar-woods.com
**HAAR AND WOODS**
1010 Market Street
Suite 1620
St. Louis, MO 63101
Telephone:  (314) 241-2224
Facsimile:  (314) 241-2227

Robert M. Cooper
rcooper@bsfllp.com
Tanya Chutkan
tchutkan@bsfllp.com
Ian Crichton
icrichton@bsfllp.com
Abby L. Dennis
adennis@bsfllp.com
**BOIS, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave., N.W.
Suite 800
Washington, D.C. 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

*Attorneys for Defendants*

                      /s/ Joseph P. Conran